FILED

10/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0108

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0108

_____

IN RE THE PARENTING OF L.R.,

ANTHONY REED,

      Petitioner and Appellant,

  v.

                              O R D E R

CATHERINE MARTIN,

      Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable James B. Wheelis, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 4 2023